```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 23098
    DANIEL F KELLY
                                            CHAPTER 13

                                            JUDGE: A BENJAMIN GOLDGAR

         Debtor
    SSN XXX-XX-0804

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 06/17/2004 and was confirmed 11/02/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 09/11/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
RITE PRICE AUTO            SECURED            3313.00      1109.18       3313.00
TRIAD FINANCIAL CORP       SECURED            4469.01       975.73       4469.01
TRIAD FINANCIAL CORP       UNSECURED          7158.74          .00           .00
AMERICAN EXPRESS TRAVEL    UNSECURED              .00          .00           .00
TSYS DEBT MANAGEMENT INC   UNSECURED           508.83          .00           .00
CAPITAL ONE BANK           FILED LATE         1858.80          .00           .00
CAPITAL ONE BANK           UNSECURED              .00          .00           .00
CAPITAL ONE BANK           FILED LATE         1559.03          .00           .00
CAPITAL ONE BANK           UNSECURED           729.79          .00           .00
CBCS                       UNSECURED         NOT FILED         .00           .00
CENTRAL FINANCIAL CONTRO   UNSECURED         NOT FILED         .00           .00
ASSOCIATES/ CITIBANK       UNSECURED         NOT FILED         .00           .00
ILLINOIS DEPT OF REVENUE   UNSECURED         NOT FILED         .00           .00
CCS                        UNSECURED         NOT FILED         .00           .00
CREDIT PROTECTION ASSOC    UNSECURED         NOT FILED         .00           .00
B-FIRST LLC                UNSECURED              .00          .00           .00
MERRICK BANK               UNSECURED           984.13          .00           .00
S & P CAPITAL              UNSECURED         NOT FILED         .00           .00
SEARS                      UNSECURED         NOT FILED         .00           .00
*SHERMAN ACQUISITION       UNSECURED         NOT FILED         .00           .00
TOYOTA MOTOR CREDIT CORP   UNSECURED              .00          .00           .00
*RMCB                      UNSECURED         NOT FILED         .00           .00
LENOX COLLECTIONS          NOTICE ONLY       NOT FILED         .00           .00
BELLSOUTH REGIONAL BKCY    UNSECURED           835.06          .00           .00
RESURGENT CAPITAL SERVIC   UNSECURED              .00          .00           .00
CITY OF CHICAGO REVENUE    UNSECURED           500.00          .00           .00
CAPITAL ONE BANK           UNSECURED          1466.68          .00           .00
CAPITAL ONE BANK           FILED LATE             .00          .00           .00
MONTICELLO FAIRFIELD RES   UNSECURED           905.40          .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       2,681.50                    2,681.50
TOM VAUGHN                 TRUSTEE                                         651.58
DEBTOR REFUND              REFUND                                             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 23098 DANIEL F KELLY
```

```
     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                  13,200.00

PRIORITY                                             .00
SECURED                                         7,782.01
    INTEREST                                    2,084.91
UNSECURED                                            .00
ADMINISTRATIVE                                  2,681.50
TRUSTEE COMPENSATION                              651.58
DEBTOR REFUND                                        .00
                       ---------------     ---------------
TOTALS                   13,200.00             13,200.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
    Dated: 12/27/07               _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```

                    PAGE   2
        CASE NO. 04 B 23098 DANIEL F KELLY